**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7860**

———————————

WALLACE MITCHELL,

Plaintiff - Appellant,

and

JOHN F. JACKSON; JOSEPH JENKINS EL; FOREST
JONES; REGINALD GOLDER; KIMYON MARSHALL; ANDRE
MINOR EL; JEAN NAAR; RAYMOND POPE; MARCEL K.
ROM; HERBERT WHITE, JR.; CURTIS L. WRIGHT,

Plaintiffs,

versus

THOMAS CORCORAN; LIEUTENANT HALL; OFFICER
BARKSDALE; T. ROWLAND, Officer; SERGEANT
BURNS; CAPTAIN RAULING; OFFICER BURNS, C.O.
II; M. SINGHAS; D. SQUIRE, Officer; CAPTAIN
REID; OFFICER BRUNO, C.O. II; P. KRAUSS,
Officer; OFFICER JANNEY; CAPTAIN LUTZ; OFFICER
PURVIS, C.O. II; OFFICER SPAIN; OFFICER
WHEELER, C.O. II; C. MYERS, Officer, C.O. II;
OFFICER BARR, C.O. II; SERGEANT WILLIAMS;
LIEUTENANT JOHNSON; OFFICER TILLMAN, C.O. II;
SERGEANT EVANS; RAYMOND WHITE, Officer; MAJOR
TUTHILL; KATHY LANDERKIN, Lieutenant; SERGEANT
HOLLAND; SERGEANT DEMBY; BARBARA BROWN, in
their personal and professional capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-97-298-L)

Submitted: October 20, 1998        Decided: November 3, 1998

Before WILKINS and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wallace Mitchell, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mitchell v. Corcoran</u>, No. CA-97-298-L (D. Md. Dec. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>